

# Fourth Court of Appeals
## San Antonio, Texas

December 28, 2020

No. 04-20-00515-CV

**IN THE INTEREST OF V.S., A CHILD,**

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA00518
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Appellant R.T.'s motion for an extension of time to file her brief is GRANTED. Appellant R.T.'s brief is due on or before **January 11, 2021**. However, given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored. *See* TEX. R. JUD. ADMIN. 6.2.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of December, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court